# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee



United States of America
v.

ISIDRO SOTO-RODRIGUEZ

)
)
)
)
)
)

Case No. 1:26-mj-__1__

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

FILED
JAN 0 5 2026

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 21, 2025_____ in the county of _____Hamilton_____ in the
___Eastern___ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Danielle DeSanctis, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____01/05/2026_____

_____
*Judge's signature*

City and state: _____Chattanooga, Tennessee_____

Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*