FILED
JAN 0 5 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

AFFIDAVIT IN SUPPORT OF A            )
CRIMINAL COMPLAINT AGAINST           )     CASE NO. 1:26-mj-__1____
ISIDRO SOTO-RODRIGUEZ                )
FOR A VIOLATION OF 8 U.S.C. § 1326   )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Danielle DeSanctis, being duly sworn, state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI) assigned to the Chattanooga Field Office. I conduct investigations of matters within the jurisdiction of U.S. Immigration and Customs Enforcement ("ICE") in the Eastern District of Tennessee. In the performance of my duties, I have conducted and participated in numerous investigations of federal immigration violations. I have received specialized training in immigration and customs enforcement, criminal investigations, case development, investigation techniques, and other standardized methods of investigation regarding immigration violations.

2. I submit this affidavit for the limited purpose of establishing probable cause that ISIDRO SOTO-RODRIGUEZ has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3. The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included

every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4. On or about December 21, 2025, ICE's Enforcement and Removal Operations ("ERO") encountered SOTO-RODRIGUEZ within the Eastern District of Tennessee. Specifically, deportation officers encountered SOTO-RODRIGUEZ while he was in custody on unrelated state charges. ERO then verified the identity of SOTO-RODRIGUEZ via a fingerprint match to Alien File (A-file) number 200936933. Based on my training and experience, I know that fingerprint analysis employed by ERO is a reliable method for confirming identity.

5. Following identity confirmation, SOTO-RODRIGUEZ's immigration files showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6. In addition, SOTO-RODRIGUEZ's immigration files confirm that he was previously convicted of child molestation in Gwinnett County, Georgia. Following his conviction, SOTO-RODRIGUEZ's was removed from the United States to Mexico at or near Lumpkin, Georgia on or about June 14, 2012.

7. I have examined the documentation in SOTO-RODRIGUEZ's immigration file and found no evidence indicating that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removal.

8. Based on the foregoing, I believe there is probable cause to conclude that SOTO-RODRIGUEZ has reentered and been found in the United States without

2

having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for SOTO-RODRIGUEZ.

Respectfully submitted,

_____
DANIELLE DESANCTIS
HSI SPECIAL AGENT

Sworn to and subscribed before me this 5th day of January 2026.

_____
HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE