FILED
JAN 0 9 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 1:26-cr-_2_ |
| v. | ) |
| | ) JUDGES: Collier/Steger |
| ISIDRO SOTO-RODRIGUEZ | ) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that on or about November 9, 2025, in the Eastern District of Tennessee, the defendant, ISIDRO SOTO-RODRIGUEZ, did knowingly and willfully re-enter into the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States, in violation of Title 8 United States Code, Section 1326(a).

FRANCIS M. HAMILTON III,
UNITED STATES ATTORNEY

By: _____
RUSS SWAFFORD
Assistant United States Attorney