## CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT  ☐ SUPERSEDING Case Number: _____
☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA V. ISIDRO SOTO-RODRIGUEZ _____

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

Immigration Case

☐ Defendant is being added to existing criminal case  ☐ Zone A  ☐ Zone B  ☐ 11(c)(1)(C)
☐ Charges/Counts Added

Name of Assigned AUSA: Russ Swafford _____

Matter Sealed:  ☐ YES  ☑ NO  Place of Offense: Chattanooga _____

☑ Interpreter Required  Language: Spanish _____

Issue:  ☑ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: DHS _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed  Case Number: 1:26-mj-1 _____

☐ Defendant on Supervised Release  Case Number: _____

Related Case/Attorney:

Case Number _____  Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): Michael Henry _____

☑ Federal Defender  ☐ CJA  ☐ Retained

Appointed by Target Letter  Case Number: _____
Appointed in Pending Indictment  Case Number: _____

CHARGES:  Total # of Counts for this Defendant _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 8 U.S.C. § 1326(a) | Illegal Reentry | Y | | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature /s/ Russ Swafford _____