# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:26-cr-2 |
| | ) | |
| v. | ) | Dist. Judge Curtis L. Collier |
| | ) | |
| ISIDRO SOTO RODRIGUEZ | ) | Mag. Judge Christopher H. Steger |

## **O R D E R**

On March 17, 2026, U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 26) recommending that the Court: (1) accept Defendant's motion to withdraw his not-guilty plea as to Count One of the one-count Information; (2) accept Defendant's guilty plea to Count One of the one-count Information; (3) adjudicate Defendant guilty of illegal reentry in violation of 8 U.S.C. § 1326(a); and (4) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 26) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One of the one-count Information is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one-count Information is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of illegal reentry in violation of 8 U.S.C. § 1326(a);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

5.  Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **August 12, 2026, at 2:00 p.m**., before the undersigned, or until further order of this Court.

**SO ORDERED.**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2